UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.V.Venugopal Reddy. Was a Resident of Kansas in May of 2007.

Write the full name of each plaintiff.

-against-

HSBC Securities (USA), New York, New York, USA

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

26 CV 8758

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?

☑ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 OCT -2 PM 4:09

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

15 USC 78o-6 Securities Analysts and Research Reports and FINRA Rules have been violated

I filed an Administrative Complaint with the SEC on the May 7th, 2007

I had filed a private right of action in US District Court of Kansas on the

29th of June 2026. The complaint was dismissed due to lack of Jurisdiction

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , K.V.Venugopal Reddy, is a citizen of the State of
(Plaintiff's name)

was a citizen of Kansas in May of 2007.
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________, is a citizen of the State of
(Defendant's name)

______________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If the defendant is a corporation:

The defendant, HSBC Securities (USA), is incorporated under the laws of the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) ______________________

and has its principal place of business in New York.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Venugopal K.V. Reddy
First Name Middle Initial Last Name

#1 8th Main 4th Cross Ganesha Block Mahalakshmi Layout
Street Address

Bangalore Karnataka 560096
County, City State Zip Code

+919972878682 vreddyusa34@gmail.com
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

HSBC Securities (USA), New Yor, New York, USA

Current Job Title (or other identifying information)

452 5th Avenue, New York, New York 10018

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: HSBC Bangalore -- HSBC Securities (USA),New York

Date(s) of occurrence: End of June 2005 to end of Feb. 2006

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was Retaliated and Fraudulently terrninated from my employment for developing an unfavorable research business model to generate topline brokerage revenues for HSBC Securities (USA) and introducing Property Agents at the Request of Tony Bradbury, Head of Global Resourcing at HSBC to Buy or Lease Real Estate Office Space. See Additional Sheet Answer to this point for the detailed explanation in Statement of Claim.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was suffering from Psychotic Depression, Delusional Disorder and Schizophernia from Mid 2007 to end of 2012. i had to spend 6 months in a Rehab from mid 2010 to end of 2010 after which I was treated as an out patient until Dec. of 2012 until I got better

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am suffering from damages from end of June of 2005 to end of Feb 2006 and from the end of Feb. of 2006 to current date. I will accept any amount the Judge of Jury awards me after trial based on the compensation I was receiving with my previous employer with a slight increment.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

23 of September, 2026 — Dated

V.K.V. Reddy — Plaintiff's Signature

Venugopal — First Name | K.V. — Middle Initial | Reddy — Last Name

#1 8th Main 4th Cross Ganesha Block, Mahalakshmi Layout Bangalore 50096 — Street Address

Bangalore — County, City | Karnataka — State | 560096 — Zip Code

+919972878682 — Telephone Number | vreddyusa34@gmail.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

US District Court of Southern District of New York

Additional Sheet Answer to Civil Complaint, Administrative Procedures

Exhibit 1 – See Attached, Administrative Complaint that I had reported to the SEC, on the May 7th, 2007, against HSBC Securities (USA), for Retaliation against Analyst (Venu Reddy) for recommending an unfavorable research business model to generate top line brokerage revenues for HSBC Securities (USA), New York and HSBC Securities Services Limited, London, UK. My retaliation claim is pending for prosecution with the SEC.

YAHOO! MAIL Classic

**Delivery Notification / Enforcement Complaint Response** Monday, May 7, 2007 9:04 AM

From: "ENFORCEMENT" <enforcement@sec.gov>
To: vreddy_us@yahoo.com

*PLEASE DO NOT REPLY TO THIS MESSAGE*

Dear Sir or Madam:

Thank you for your recent e-mail to the group electronic mailbox of the Division of Enforcement at the United States Securities and Exchange Commission in Washington, D.C. We appreciate your taking the time to write to us. This automated response confirms that the Division of Enforcement has received your e-mail. You can rest assured that an attorney in the Office of Internet Enforcement will review your e-mail promptly.

We are always interested in hearing from members of the public, and you may be assured that the matter you have raised is being given careful consideration in view of the Commission's overall enforcement responsibilities under the federal securities laws. It is, however, the Commission's policy to conduct its inquiries on a confidential basis -- so this may be the only response that you receive. If your complaint is more in the nature of a consumer complaint (such as a dispute with your broker or a problem with your brokerage or retirement account), you should contact our Office of Investor Education and Assistance -- they may be able to help you. You may reach the Office of Investor Education and Assistance via telephone at (202) 551-6551or through the Web at HYPERLINK "http://www.sec.gov/complaint.shtml"www.sec.gov/complaint.shtml.

The Commission conducts its investigations on a confidential basis to preserve the integrity of its investigative process as well as to protect persons against whom unfounded charges may be made or against whom the Commission determines that enforcement action is not necessary or appropriate. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather and we cannot confirm to you the existence or non-existence of an investigation, unless made a matter of public record in proceedings brought before the Commission or in the courts.

If you are unsure where you should direct your inquiry or you want to learn more about how the SEC handles inquiries and complaints, please visit the SEC Complaint Center at HYPERLINK "http://www.sec.gov/complaint.shtml"www.sec.gov/complaint.shtml.

Should you have any additional information or questions pertaining to this matter, please feel free to communicate directly with us at HYPERLINK "mailto:enforcement@sec.gov"enforcement@sec.gov.

We appreciate your interest in the work of the Commission and its Division of Enforcement.

Very truly yours,
S/
John Reed Stark
Chief, Office of Internet Enforcement
United States Securities & Exchange Commission

Gmail

Post Man <postmanbox.mail@gmail.com>

# Fwd: Fw: Fraud Complaint Against HSBC Securities

1 message

Venu Reddy <vreddyusa34@gmail.com>
To: postmanbox.mail@gmail.com

Fri, Jun 5, 2026 at 10:40 AM

---------- Forwarded message ---------
From: **Venu Reddy** <vreddy_us@yahoo.com>
Date: Mon, Dec 9, 2019 at 10:54 AM
Subject: Fw: Fraud Complaint Against HSBC Securities
To: vreddyusa34@gmail.com <vreddyusa34@gmail.com>

----- Forwarded Message -----
From: Venu Reddy <vreddy_us@yahoo.com>
To: "enforcement@sec.gov" <enforcement@sec.gov>
Sent: Monday, May 7, 2007, 06:45:29 PM GMT+5:30
Subject: Fraud Complaint Against HSBC Securities

Dear Sir/Madam:

Please see attached Legal Notice that I served on behalf of the United States Securities and Exchange Commision (SEC) and the Attorney General of New York. I believe the SEC and the Attorney General of New York have Jusrisdiction over HSBC as HSBC is a registed member of the SEC and does business in the United States.

My complaint is specifically against two officers of HSBC Securities, Mr. Tony Bradbury and Mr. Colin Monks. I was adding material shareholder value to then company's research practice in Bangalore, India. Both these Officers retaliated against me for lawfully writing e-mails to maintain the accuracy of information and preserving the integrity of reasearch w.r.t recommendation concering recommendations

regarding an innovative research business model, recommending that the company buy real estate in Bangalore india to improve operational efficiencies and recommending that the company outsource all its back office operations to Accenture. The specific claims I would like to complain against HSBC Securities are as follows:

1. Unlawful retaliation and wrongful termination of an analyst who was adding material shareholder value for lawfully writing e-mails to maintain the accuracy of information and preserve the integrity of research with respect to disseminating recommendations pertaining to an innovative research business model, recommending that the company consolidate all its operations in one location (Bangalore, India) to improve operating margins and recommending that the company use Acceture for outsourcing back office operations to further improve operating margins

2. BREACH Of FIDUCIARY DUTY and FRAUD by officers of HSBC toward HSBC's own shareholders for not appropriately considering the potential value of such recommendations regarding an innovative research business model at HSBC, instead resorting to stealing and plagiarizing ideas by pre-dating e-mail records. Specifically,

a. E-mail records pertaining to recommendations regarding an innovative research business model for HSBC Securities

b. Stealing recommendations regarding buying real estate in Bangalore, India so that the company could consolidate all its operations in one location to improve operational efficiencies. The company currently has an RFP to buy 1.5 million square feet of office space in Bangalore, India.

c. Stealing recommendations regarding outsourcing all of its back office operations to Accenture.

3. Attempts and conspiracies to commit criminal fraud offenses. Specifically,

a. Conspiring with the company's IT department to tamper with and delete official e-mail records

pertaining to the above mentioned recommendations.
b. Fraudulently creating evidence to terminate my employment

Could someone please contact me at this e-mail address or at vreddy@officetiger.com so that I could discuss my complaint with the enforcement division of the SEC.

Please also see the attached legal notice that I served to HSBC Securities.

Thank you,

Yours Sincerely,

/s/ Venu Reddy

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Legal_Notice_VIA_DTDC.doc
31K

**Legal Notice VIA DTDC**

From: Venu Reddy
#1, 8th Main, 4th Cross, Ganesha Block
Mahalakshmi Layout
Bangalore
E-mail – vreddy_us@yahoo.com
Phone: Mobile – 09382882338
Residence – 080 23494298

Date: April 25, 2007

To: Mr. Tony Bradbury and Mr. Colin Monks
HSBC Securities
"Futura" 148/1, Bannerghatta Road
Bilekahalli Village
Bangalore – 560076

**SUBJECT: Legal Notice on behalf of The United States Securities and Exchange Commission (SEC) and the Attorney General of New York under the Securities and Exchange Act of 1934, The Sarbanes-Oxley Act of 2002 and other US Federal and State Laws**

Please consider this letter as a legal notice on behalf of the United States Securities and Exchange Commission (SEC) and the Office of the Attorney General of New York. The Office of the Attorney General of New York and the SEC have jurisdiction over HSBC as HSBC does business in the United States and is a registered member of SEC and several stock exchanges in the United States.

Despite several good faith attempts from me over the past one year, you have ignored all my efforts to be reinstated and re-seek employment at HSBC. As a last resort, I have no other choice but to complain and cooperate with the SEC and the Attorney General of New York **directly implicating both of you** with respect to the following issues at HSBC during my tenure from the end of June 2005 to Feb. 2006:

1. Unlawful retaliation and wrongful termination of an analyst who was adding material shareholder value for lawfully writing e-mails to maintain the accuracy of information and preserve the integrity of research with respect to disseminating recommendations pertaining to an innovative research business model, recommending that the company consolidate all its operations in one location (Bangalore, India) to improve operating margins and recommending that the company use Accetrue for outsourcing back office operations to further improve operating margins

2. BREACH Of FIDUCIARY DUTY and FRAUD by officers of HSBC toward HSBC's own shareholders for not appropriately considering the potential value of such recommendations regarding an innovative research business model at HSBC, instead resorting to stealing and plagiarizing ideas by pre-dating e-mail records. Specifically,

a. E-mail records pertaining to recommendations regarding an innovative research business model for HSBC Securities
b. Stealing recommendations regarding buying real estate in Bangalore, India so that the company could consolidate all its operations in one location to improve operational efficiencies. The company currently has an RFP to buy 1.5 million square feet of office space in Bangalore, India.
c. Stealing recommendations regarding outsourcing all of its back office operations to Accenture.

3. Attempts and conspiracies to commit criminal fraud offenses. Specifically,

a. Conspiring with the company's IT department to tamper with and delete official e-mail records pertaining to the above mentioned recommendations.
b. Fraudulently creating evidence to terminate my employment.

In the next 30 days, I will be filing a detailed complaint with the SEC and the Office of the Attorney General of New York (via E-mail) along with a soft copy of this notice and all the documents and evidence in my possession to make it easier for the SEC and the Attorney General of New York to prosecute the above mentioned claims. I must request you to not modify, destroy or misguide any evidence or witnesses that the SEC or the Attorney General of New York may need to prove the above mentioned claims. The evidence may include any e-mails on the company server, my e-mails on the company server and hard drive, your own personal hard drives, witnesses that the SEC and the Attorney General of New York may want to subpoena and interview and any other documents pertaining to the above mentioned claims.

However, if you wish to reach me and offer me employment at HSBC, Bangalore, within the next thirty (30) days from the date of this letter at the above mentioned phone number or address, I will gladly accept the offer and will work towards adding value to shareholders.

The choice is yours whether to resolve the issue of my employment in good faith or I will request the SEC or the Attorney General of New York to speak with the Head of CIBM about the above mentioned claims and have myself reinstated.

Thank you,

(Venu Reddy)

US District Court of Southern District of New York

Additional Sheet Answer to Civil Complaint, Administrative Procedures

Exhibit 2 – See Attached, Administrative Complaint that I had reported to the SEC using Form TCR, on the Feb. 1, 2016 against HSBC Securities (USA), New York, for Retaliation against Analyst (Venu Reddy) for recommending an unfavorable research business model to generate top line brokerage revenues for HSBC Securities (USA), New York and HSBC Securities Services Limited, London, UK. My retaliation claim is pending for prosecution with the SEC.

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235 0690 |
| Expires: | March 31, 2017 |
| Estimated average burden hours per response | 1 |

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

# FORM TCR
# TIP, COMPLAINT OR REFERRAL

## A. INFORMATION ABOUT YOU

COMPLAINANT 1:

1. Last Name Reddy  First Venu  M.I.
2. Street Address #1,8th Main,4th Cross, Ganesha Block Mahalakshmi Layout,  Apartment/ Unit #
City Bangalore.  State/ Province Karnataka  ZIP/ Postal Code 560096  Country India
3. Telephone 9972878682  Alt. Phone  E-mail Address vreddyusa34@gmail.com
4. Occupation Sell Side Equity Analyst  Preferred method of communication E-mail

COMPLAINANT 2:

1. Last Name  First  M.I.
2. Street Address  Apartment/ Unit #
City  State/ Province  ZIP/ Postal Code  Country
3. Telephone  Alt. Phone  E-mail Address
4. Occupation  Preferred method of communication

## B. ATTORNEY'S INFORMATION (If Applicable - See Instructions)

This section is not applicable

1. Attorney's Name
2. Firm Name
3. Street Address
City  State/ Province  ZIP/ Postal Code  Country
4. Telephone  Fax  E-mail Address

## C. TELL US ABOUT THE INDIVIDUAL OR ENTITY YOU HAVE A COMPLAINT AGAINST

**INDIVIDUAL/ENTITY 1:**

1. Type: ☐ Individual ☒ Entity

If an individual, specify profession:

If an entity, specify type: Global Sell Side Brokerage and Equity Research (CIBM Research)

2. Name HSBC Securities (USA), New York, US

3. Street Address 452, 5th Avenue, New York -- 10018, US

Apartment/ Unit #

City

State/ Province

ZIP/ Postal Code

Country USA

4. Phone

E-mail Address

Internet Address www.HSBC.COM

**INDIVIDUAL/ENTITY 2:**

1. Type: ☐ Individual ☐ Entity

If an individual, specify profession:

If an entity, specify type:

2. Name

3. Street Address

Apartment/ Unit #

City

State/ Province

ZIP/ Postal Code

Country

4. Phone

E-mail Address

Internet Address

## D. TELL US ABOUT YOUR COMPLAINT

1. Occurrence Date (mm/dd/yyyy): / / This is a continuing Violation

~~2.~~ Nature of complaint: UnLawful Retaliation and Fraud

3a. Has the complainant or counsel had any prior communication(s) with the SEC concerning this matter? YES ☒ NO ☐

3b. If the answer to 3a is "Yes," name of SEC staff member with whom the complainant or counsel communicated John Reed Stark, chief, Office of Internet Enforcement, SEC

4a. Has the complainant or counsel provided the information to any other agency or organization, or has any other agency or organization requested the information or related information from you? YES ☐ NO ☒

4b. If the answer to 4a is "Yes," please provide details. Use additional sheets if necessary.

4c. Name and contact information for point of contact at agency or organization, if known

5a. Does this complaint relate to an entity of which the complainant is or was an officer, director, counsel, employee, consultant or contractor?
YES X NO ☐

5b. If the answer to question 5a is "Yes," has the complainant reported this violation to his or her supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism at the entity for reporting violations? YES X NO ☐

5c. If the answer to question 5b is "Yes," please provide details. Use additional sheets if necessary.

A legal notice was sent to Mr. Colin Monks and Mr. Tony Bradbury of the April 25th, 2007. A Second Legal Notice was sent on the Jan 4th, 2016 to HSBC Securities (USA), New York, USA, under the Dodd Frank Act of 2010

5d. Date on which the complainant took the action(s) described in question 5b (mm/dd/yyyy): / /
01/04/2016 and April 25th 2007. Two Legal notices were sent to HSBC

6a. Has the complainant taken any other action regarding your complaint? YES X NO ☐
See additional sheet answer to this question

6b. If the answer to question 6a is "Yes," please provide details. Use additional sheets if necessary.

See additional sheet answer to this question

7a. Does your complaint relate to a residential mortgage-backed security? YES ☐ NO X

7b. Type of security or investment, if relevant
not applicable

7c. Name of issuer or security, if relevant

7d. Security/Ticker Symbol or CUSIP no.

8. State in detail all facts pertinent to the alleged violation. Explain why the complainant believes the acts described constitute a violation of the federal securities laws. Use additional sheets if necessary.

It is Unlawful to Retaliate against Research Analysts. I am re-filing Unlawful Retaliation for publishing an unfavorable research business model to generate topline brokerage commission revenues for HSBC Securities(USA) and Fraud against Shareholders, under Dodd Frank Act and Retaliation for introducing a Brokerage agent so that HSBC could buy or lease office space in Bangalore, India to increase operating margins.

9. Describe all supporting materials in the complainant's possession and the availability and location of any additional supporting materials not in complainant's possession. Use additional sheets, if necessary.

See attachments for additional information to supplement the initial claim filed in May of 2007 with the SEC. I had a private agreement of a permanent position of employment with Alkesh Shah, my supervisor, end of Feb. 2006. The Private Agreement to offer me a permanent position with HSBC Securities (USA) was not honored end of Feb. 2006.

10. Describe how and from whom the complainant obtained the information that supports this claim. If any information was obtained from an attorney or in a communication where an attorney was present, identify such information with as much particularity as possible. In addition, if any information was obtained from a public source, identify the source with as much particularity as possible. Attach additional sheets if necessary.

The claims were framed by independent analysis for facts that happened at HSBC CIBM Research during the period of end of June 2005 to 21st Feb. 2006.

11. Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity and explain the basis for your belief that your identity would be revealed if the documents were disclosed to a third party.

See attachments and documents. My identity would revealed if these document revealed to a third party.

12. Provide any additional information you think may be relevant.

See additional sheet answer to this question for additional information to supplement the initially filed retaliation claim with the SEC filed on the May 7th, 2007.

## E. ELIGIBILITY REQUIREMENTS AND OTHER INFORMATION

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board? YES ☐ NO ☒

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))? YES ☐ NO ☒

3. Did you acquire the information being provided to us through the performance of an engagement required under the federal securities laws by an independent public accountant? YES ☐ NO ☒

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization? YES ☐ NO ☒

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC? YES ☐ NO ☒

6. Did you acquire the information being provided to us from any person described in questions 1 through 5? YES ☐ NO ☒

7. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC, (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by the Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority? YES ☐ NO ☒

8. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC? YES ☐ NO ☒

9. If you answered "yes" to any of the questions 1 through 8, use this space to provide additional details relating to your responses. Use additional sheets if necessary.

All I received was an acknowledgement Letter for my complaint against HSBC Securities (USA) on the May 7, 2007 from Mr.John Reed Stark, Chief, Office of Internet Enforcement, United States Securities and Exchange Commission.

## F. WHISTLEBLOWER'S DECLARATION

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Print name Venu Reddy

Signature [signature] Date 02/01/2016

## G. COUNSEL CERTIFICATION (If Applicable—See Instructions)

I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (*e.g.*, driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's non-waiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

Signature [signature] Date

**Legal Notice VIA DTDC**

From: Venu Reddy
#1, 8th Main, 4th Cross, Ganesha Block
Mahalakshmi Layout
Bangalore
E-mail – vreddyusa34@gmail.com
Phone: Mobile – 9972878682

Date: Jan 4th, 2016

To: General Counsel
HSBC Securities (USA)
452, 5th Avenue, New York, New York, USA

**SUBJECT: Legal Notice on behalf of The United States Securities and Exchange Commission (SEC) under the Dodd Frank Act of 2010.**

Please consider this letter as a legal notice on behalf of the United States Securities and Exchange Commission (SEC) under the Dodd Frank Act of 2010.

I was retaliated and fraudulently terminated from the company for recommending an unfavorable business model to generate topline brokerage revenues for HSBC Securities (USA), during the period of end of June 2005 to Feb. 2006. I will file the following claims with the SEC, under the Dodd Frank Act of 2010, if you do not reinstate me and award me my damages that I incurred from Feb. 2006 to current date.

1. Unlawful retaliation and wrongful termination of an analyst who was adding material shareholder value for lawfully writing e-mails to maintain the accuracy of information and preserve the integrity of research with respect to disseminating recommendations pertaining to an unfavorable innovative research business model, recommending that the company consolidate all its operations in one location (Bangalore, India) to improve operating margins and recommending that the company use Acceture for outsourcing back office operations to further improve operating margins for the recommended business model.

2. BREACH Of FIDUCIARY DUTY and FRAUD by officers of HSBC toward HSBC's own shareholders for not appropriately considering the potential value of such recommendations regarding an innovative research business model at HSBC, instead resorting to stealing and plagiarizing ideas by pre-dating e-mail records. Specifically,

   a. E-mail records pertaining to recommendations regarding an innovative research business model for HSBC Securities (USA)
   b. Stealing recommendations regarding buying real estate in Bangalore, India so that the company could consolidate all its operations in one location to improve operational efficiencies.
   c. Stealing recommendations regarding outsourcing all of its back office operations to Accenture for the recommended business model.

3. Attempts and conspiracies to commit criminal fraud offenses. Specifically,

a. Conspiring with the company's IT department to tamper with and delete official e-mail records pertaining to the above mentioned recommendations.
b. Fraudulently creating evidence to terminate my employment using a false security badge.

In the next 30 days, I will be Re-filing a detailed complaint and documents in my possession with the SEC under the Dodd Frank Act of 2010 relating to the above mentioned claims, along with copy of this notice for the SEC to prosecute the above mentioned claims, including the Legal Notice that I had served to HSBC in Bangalore, India, on the April 25th of 2007.

However, if you wish to reach me and offer me employment at HSBC Securities (USA) within 30 days from the date of this Legal Notice and Demand Letter at the above mentioned phone number or e-mail address, I will gladly accept the offer and will work towards adding value to shareholders.

I had a Private Agreement with Alkesh Shah, my supervisor, employed with HSBC Securities (USA), that I would be temporarily working for HSBC in Bangalore, India, and he would offer me employment with HSBC Securities (USA), in the United States, after six to eight months (end of Feb. of 2006) after setting up his team of Analysts in Bangalore, India, from end of June of 2005 to end of Feb. of 2006, as I was a US based Analyst and a permanent resident of the United States.

HSBC Securities (USA), has not honored the private agreement reached with, my supervisor, Alkesh Shah, employed with HSBC Securities (USA), end Feb. of 2006.

Thank you,

(Venu Reddy)

when did the SEC stop issuing acknowledgement letters for additional information submitted using form TCRs?

The SEC **does not issue acknowledgment letters** for additional information submitted using Form TCRs. Instead, it is important to submit your information directly to the SEC through the TCR portal to be eligible for a whistleblower award.

US District Court of Southern District of New York

Additional Sheet Answer to Civil Complaint, Administrative Procedures

Exhibit 3 – See Attached, Administrative Complaint that I had reported to the SEC using Form TCR, in Feb., 2020 against HSBC Securities (USA), New York, for Retaliation against Analyst (Venu Reddy) for recommending an unfavorable research business model to generate top line brokerage revenues for HSBC Securities (USA), New York, and HSBC Securities Services Limited, London, UK. My retaliation claim is pending for prosecution with the SEC.

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235 0686 |
| Expires: | March 31, 2021 |
| Estimated average burden hours per response | 1 |

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

# FORM TCR
# TIP, COMPLAINT OR REFERRAL

## A. INFORMATION ABOUT YOU

**COMPLAINANT 1:**

1. Last Name Reddy First Venu M.I.
2. Street Address #1,8th Main,4th Cross, Ganesha Block Mahalakshmi Layout, Apartment/ Unit #
   City Bangalore. State/ Province Karnataka ZIP/ Postal Code 560096 Country India
3. Telephone 9972878682 Alt. Phone E-mail Address vreddyusa34@gmail.com
4. Occupation Sell Side Equity Analyst Preferred method of communication E-mail

**COMPLAINANT 2:**

1. Last Name First M.I.
2. Street Address Apartment/ Unit #
   City State/ Province ZIP/ Postal Code Country
3. Telephone Alt. Phone E-mail Address
4. Occupation Preferred method of communication

## B. ATTORNEY'S INFORMATION (If Applicable - See Instructions)

This section is not applicable

1. Attorney's Name
2. Firm Name
3. Street Address
   City State/ Province ZIP/ Postal Code Country
4. Telephone Fax E-mail Address

## C. TELL US ABOUT THE INDIVIDUAL OR ENTITY YOU HAVE A COMPLAINT AGAINST

INDIVIDUAL/ENTITY 1:

1. Type: [ ] Individual [X] Entity

If an individual, specify profession:

If an entity, specify type: Global Sell Side Brokerage and Equity Research (CIBM Research)

2. Name HSBC Securities (USA)

3. Street Address 452 , 5th Avenue, New York, USA 10018

Apartment/ Unit #

City

State/ Province

ZIP/ Postal Code

Country United States

4. Phone

E-mail Address

Internet Address www.HSBC.COM

INDIVIDUAL/ENTITY 2:

1. Type: [ ] Individual [ ] Entity

If an individual, specify profession:

If an entity, specify type:

2. Name

3. Street Address

Apartment/ Unit #

City

State/ Province

ZIP/ Postal Code

Country

4. Phone

E-mail Address

Internet Address

## D. TELL US ABOUT YOUR COMPLAINT

1. Occurrence Date (mm/dd/yyyy): 06/30/2006 This is a continuing Violation

2. Nature of complaint: UnLawful Retaliation and Fraud

3a. Has the complainant or counsel had any prior communication(s) with the SEC concerning this matter? YES [X] NO [ ]

3b. If the answer to 3a is "Yes," name of SEC staff member with whom the complainant or counsel communicated John Reed Stark, chief, Office of Internet Enforcement, SEC

4a. Has the complainant or counsel provided the information to any other agency or organization, or has any other agency or organization requested the information or related information from you? YES [ ] NO [X]

4b. If the answer to 4a is "Yes," please provide details. Use additional sheets if necessary.

4c. Name and contact information for point of contact at agency or organization, if known

5a. Does this complaint relate to an entity of which the complainant is or was an officer, director, counsel, employee, consultant or contractor?
YES [X] NO [ ]

5b. If the answer to question 5a is "Yes," has the complainant reported this violation to his or her supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism at the entity for reporting violations? YES [X] NO [ ]

5c. If the answer to question 5b is "Yes," please provide details. Use additional sheets if necessary.

A legal notice was sent to Mr. Colin Monks and Mr. Tony Bradbury of the April 25th, 2007. Second Legal notice was sent on the Jan 4th, 2016 under the dodd frank act of 2010 to HSBC Securities (USA), United States

5d. Date on which the complainant took the action(s) described in question 5b (mm/dd/yyyy): / /
02/19/2020

6a. Has the complainant taken any other action regarding your complaint? YES [X] NO [ ]
See additional sheet answer to this question

6b. If the answer to question 6a is "Yes," please provide details. Use additional sheets if necessary.

See additional sheet answer to this question

7a. Does your complaint relate to a residential mortgage-backed security? YES [ ] NO [X]

7b. Type of security or investment, if relevant
not applicable

7c. Name of issuer or security, if relevant

7d. Security/Ticker Symbol or CUSIP no.

8. State in detail all facts pertinent to the alleged violation. Explain why the complainant believes the acts described constitute a violation of the federal securities laws. Use additional sheets if necessary.

It is Unlawful to retaliate against research analysts. Additional Information and documents were sent to the SEC under the dodd frank Act, of 2010 to supplement the initially filed retaliation claim originally filed with the SEC on the May 5th, 2007 and Refiled under the dodd frank Act of 2010 on the Feb 1st, 2016.

9. Describe all supporting materials in the complainant's possession and the availability and location of any additional supporting materials not in complainant's possession. Use additional sheets, if necessary.

See attachments

10. Describe how and from whom the complainant obtained the information that supports this claim. If any information was obtained from an attorney or in a communication where an attorney was present, identify such information with as much particularity as possible. In addition, if any information was obtained from a public source, identify the source with as much particularity as possible. Attach additional sheets if necessary.

The claims were framed by independent analysis for facts that happened at HSBC CIBM Research during the period of June 6th 2005 to 21st Feb. 2006

11. Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity and explain the basis for your belief that your identity would be revealed if the documents were disclosed to a third party.

See attachments. My identity would revealed if these documents were revealed to a third party.

12. Provide any additional information you think may be relevant.

See additional sheet answer to this question.

## E. ELIGIBILITY REQUIREMENTS AND OTHER INFORMATION

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?

YES ☐ NO ☒

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))?

YES ☐ NO ☒

3. Did you acquire the information being provided to us through the performance of an engagement required under the federal securities laws by an independent public accountant?

YES ☐ NO ☒

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization?

YES ☐ NO ☒

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?

YES ☐ NO ☒

6. Did you acquire the information being provided to us from any person described in questions 1 through 5?

YES ☐ NO ☒

7. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC, (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by the Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority?

YES ☐ NO ☒

8. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?

YES ☐ NO ☒

9. If you answered "yes" to any of the questions 1 through 8, use this space to provide additional details relating to your responses. Use additional sheets if necessary.

All I received was an acknowledge Letter for my complaint against HSBC CIBM Research on the May 7, 2007 from Mr.John Reed Stark, Chief, Office of Internet Enforcement, United States Securities and Exchange Commission. I did not receive an acknowledgement Letter from the SEC for the Form TCR Filed on the Feb. 1, 2016 as the SEC stopped issuing acknowledgement letters for additional information filed under dodd frank act in July 2012

## F. WHISTLEBLOWER'S DECLARATION

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

Print name Venu Reddy

Signature [signature] Date 02/19/2020

## G. COUNSEL CERTIFICATION (If Applicable—See Instructions)

I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (*e.g.*, driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower's non-waiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

Signature [signature] Date

when did the SEC stop issuing acknowledgement letters for additional information submitted using form TCRs?

The SEC **does not issue acknowledgment letters** for additional information submitted using Form TCRs. Instead, it is important to submit your information directly to the SEC through the TCR portal to be eligible for a whistleblower award.

US District Court of Southern District of New York

Additional Sheet Answer to Civil Complaint, Administrative Procedures

Exhibit 4 – See Attached, Administrative Complaint that I had reported to the SEC from the SEC Whistleblower Website on the June 5th 2026, against HSBC Securities (USA), New York, for providing additional information for Retaliation against Analyst (Venu Reddy) for recommending an unfavorable research business model to generate top line brokerage revenues for HSBC Securities (USA), New York, and HSBC Securities Services Limited, London, UK. My retaliation claim is pending for prosecution with the SEC.

# Tips, Complaints, and Referrals

- Completed What is your complaint about?
- Completed Who are you complaining about?
- Completed Which investment products are involved?
- Completed About you
- Completed Attach Files
- Completed Review and Submit
- Current Complete

## Step 7 of 7 Complete

# Tips, Complaints, and Referrals

## Summary Page - After Submission

This export was generated on Fri, June 05, 2026 at 06:22:21 AM EDT

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

**Submission Number:** 17806-549-349-070

Thank you for contacting the United States Securities and Exchange Commission. This automated response with your Submission Number confirms that your submission has been received successfully. Please write down your Submission Number or print/save a copy of your submission for future reference. Once you navigate away from this page you will not be able to get back to your submission.

We are always interested in hearing from the public, and your submission will be given careful consideration in view of the Commission's overall responsibilities under the federal securities laws. Please note, however, that it is the Commission's policy to conduct its investigations on a non-public basis in order to preserve the integrity of its investigative process. Subject to the provisions of the Freedom of Information Act, we cannot disclose to you any information which we may gather, nor can we confirm the existence or nonexistence of an investigation, unless such information is made a matter of public record in proceedings brought before the Commission or the courts. Therefore, this may be the only response that you receive. If you want to learn more about how the Commission handles inquiries or complaints, please visit http://www.sec.gov/complaint/info_tipscomplaint.shtml.

Please note that if you selected an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to

prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.

If you are an attorney completing this form on behalf of your client, by selecting an answer of "Yes" to the question indicating that you want to file this information under the SEC's Whistleblower program, you are agreeing to the following statement:

- I certify that I have reviewed this form for completeness and accuracy and that the information contained herein is true, correct and complete to the best of my knowledge, information and belief. I further certify that I have verified the identity of the whistleblower on whose behalf this form is being submitted by viewing the whistleblower's valid, unexpired government issued identification (e.g., driver's license, passport) and will retain an original, signed copy of this form, with Section F signed by the whistleblower, in my records. I further certify that I have obtained the whistleblower'snonwaiveable consent to provide the Commission with his or her original signed Form TCR upon request in the event that the Commission requests it due to concerns that the whistleblower may have knowingly and willfully made false, fictitious, or fraudulent statements or representations, or used any false writing or document knowing that the writing or document contains any false fictitious or fraudulent statement or entry; and that I consent to be legally obligated to do so within 7 calendar days of receiving such a request from the Commission.

Print Submission

Back to form

# Tips, Complaints, and Referrals

## Summary Page - Before Submission

This export was generated on Fri, June 05, 2026 at 06:22:21 AM EDT

The Complaint Form questions that you responded to, the answers you entered for those questions, and any documents that you have uploaded to this TCR are listed below.

Below is a summary of the information you provided in your TCR complaint form. Please review your answers; make any changes needed, and upload any additional documents. Then click the Submit button at the bottom of the page.

Print Preview

- What is your complaint about?

  Please select the option that best describes your complaint. Other

Is this supplemental information to a previous complaint? Yes

In your own words, describe the conduct or situation you are complaining about. I am submitting additional information to my previously file complaint. See attached word document in the documents uploaded at the end of this complaint.

Are you having or have you had difficulty getting access to your funds or securities? Yes

Did you suffer a loss? Yes

Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00). 100000000

When did you become aware of the conduct? (mm/dd/yyyy) 06/15/2006

When did the conduct begin? (mm/dd/yyyy) 06/15/2006

Is the conduct ongoing? Yes

Has the individual or firm acknowledged the conduct? Yes

How did you learn about the conduct? You may select more than one answer. Conversations, Internal business documents, Publicly available information

Have you taken any action regarding your complaint? You may select more than one answer. Complained to firm, Complained to SEC

Provide details. I complained to HSBC and the SEC on the May 7th. 2007.

- Who are you complaining about?

Are you complaining about a person or a firm?

**Person or Firm 1**

Are you complaining about a person or a firm? Firm

Select the title that best describes the firm the complaint is about. Private/Closely Held Company

Are you or were you associated with the person or firm when the alleged conduct occurred? Yes

How are you or were you associated with the person or firm you are complaining about? I was an US based Analyst Working for HSBC Electronic Data Systems Pvt. Limited

Identifier Type Unknown

Are you a current or former Employee, Officer, Partner, or Employee Director of any entity you are complaining about? Yes

Check all that apply. Employee

Are you a current or former Non-Employee Director, Consultant, Contractor or Trustee of any entity you are complaining about? No

Firm Name HSBC Electronic Data Systems Private Limited.

Street Address Futura, 148/1, Bannerghatta Road

Address (Continued) Bilekahalli Village, Bangalore - 560076, India

Country India

Zip / Postal Code 560076

City Bangalore

State / Province Karnataka

Website www.hsbcservicedelivery.com

If the complaint is about an entity or person that has custody or control of your investments, have you had difficulty contacting that entity or person? Yes

- Which investment products are involved?

Select the type of product involved in your complaint. Other

Please select the category that best describes the security product. Other

For other, please provide more information. I developed an equity research business model

- About you

Are you filing this tip under the SEC's whistleblower program? Yes

Are you an attorney filling out this form on behalf of an anonymous whistleblower client who is seeking an award? No

Title Mr

First Name Venu

Last Name Reddy

Email Address vreddyusa34@gmail.com

What is the best way to reach you? Email

Are you represented by an attorney in connection with this matter, or would you like to provide your attorney's contact information? No

Select the profession that best represents you. Broker-Dealer

Have you reported the matter at issue in this submission to your supervisor, compliance office, whistleblower hotline, ombudsman, or any other available mechanism for reporting possible violations at any entity you are complaining about? Yes

If you answered "Yes," please provide details. Served a SEC Whistleblower notice when I was working for HSBC

Were you retaliated against for reporting the matter at issue in this submission either internally at the entity or to a regulator? Yes

If you answered "Yes," please provide details. The company retaliated against me for reporting that they were trying to steal my business model by predating e-mail records.

Has anyone taken steps to prevent you from reporting this violation to the SEC? No

Are documents or other information being submitted that could potentially identify the whistleblower? Yes

Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity. All documents I am submitting could reveal my identity.

Does the whistleblower want to be eligible to apply for a whistleblower award? Yes

1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer or employee of the Department of Justice; the Securities and Exchange Commission; the Comptroller of the Currency; the Board of Governors of the Federal Reserve System; the Federal Deposit Insurance Corporation; the Office of Thrift Supervision; the Public Company Accounting Oversight Board; any law enforcement organization; or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board? No

2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. Section §78c(a)(52))? No

3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant? No

4. Are you providing this information pursuant to a cooperation agreement with the SEC or another agency or organization? No

5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC? No

6. Have you or anyone representing you received any request, inquiry or demand that relates to the subject matter of your submission (i) from the SEC; (ii) in connection with an investigation, inspection or examination by the Public Company Accounting Oversight Board, or any self-regulatory organization; or (iii) in connection with an investigation by Congress, any other authority of the federal government, or a state Attorney General or securities regulatory authority? No

7. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC? No

8. Did you acquire the information being provided to us from any person described in Questions 1 through 7? No

I declare under penalty of perjury under the laws of the United States that the information contained herein is true, correct and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry. Agree

- Attach Files

  Upload Document(s)

  - I am submitting additional information to my previously filed complaint in Dec. of 2003..docx (19.91 KB)
  - HSBC SEC Complaint.pdf (2.2 MB)
  - HSBC Chronology of Events.pdf (1.13 MB)
  - HDBC Answering Analysts Questions.pdf (1.28 MB)
  - HSBC Appeals Hearing.pdf (2.03 MB)
  - HSBC Email forward to Arun.pdf (1.79 MB)
  - HSBC Email Notice the I Sent to Other Analysts.pdf (2.63 MB)
  - HSBC Evidence of Retaliation.pdf (2.92 MB)
  - HSBC Minutes of Didplinary Hearing and Retaliation.pdf (1.97 MB)
  - HSBC other analyst did not return my templetates.pdf (3.08 MB)
  - HSBC Presention Make on the 29th Nov. 2995.pdf (3.71 MB)

- HSBC Statute Governing Analysts in the United States Part 2.pdf (1.71 MB)
- HSBC Statute Governing Analysts in the United States.pdf (4.32 MB)
- HSBC Retaltion Laws.pdf (7.92 MB)
- HSBC Ranking Model I Sent to Other Analysts.pdf (2.16 MB)
- HSBX AIMR Article.pdf (3.56 MB)

US Disict Court of Southern District of New York

Additional Sheet Answer to Civil Complaint, Jurisdiction.

Exhibit 5 – Title 15, Section 78o-6 – Securities Analysts and Research Reports

See this Exhibit for Statute Governing Analysts in the United States. The Securities Analysts and Research Reports and Analyst Protection Statute that was finalized by FINRA and the SEC, in December of 2005, Prohibiting Retaliation against Research Analysts for adding shareholder value, from all employees, not just Investment Banking Personnel.

I was a resident of Kansas and a US based Analyst when Alkesh Shah, who was employed with HSBC Securities (USA), New York, offered me employment to temporarily work for HSBC, from Bangalore, India, with a promise that he would offer me a permanent position with HSBC Securities (USA), in New York. I was hired as a SELL SIDE securities analyst to train junior analysts and to initiate coverage of US based stocks of US based Companies and develop a research business model to generate top line brokerage commission revenues, using Alkesh's Rating and Ranking Model, for HSBC Securities (USA) and HSBC Securities Services Limited, London, UK, a subsidiary of HSBC Holdings, PLC, London, UK.