UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENUGOPAL K.V. REDDY,

Plaintiff,

-against-

HSBC SECURITY (USA),

Defendant.

26-CV-8758 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against Defendant HSBC Security (USA). The Court dismisses this action for the following reason.

Plaintiff previously submitted to this court an identical complaint commencing another civil action in this court against the same Defendant. That action is pending as *Reddy v. HSBC Sec. (USA)*, No. 26-CV-8401 (UA). As the complaint commencing this action raises the same claims, no useful purpose would be served by litigating this duplicative action. Therefore, the Court dismisses this action without prejudice as duplicative of *Reddy*, No. 26-CV-8401 (UA).

**CONCLUSION**

The Court dismisses this action without prejudice as duplicative of *Reddy*, No. 26-CV-8401 (UA).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 7, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge