UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENUGOPAL K.V. REDDY,<br>Plaintiff,<br>-against-<br>HSBC SECURITY (USA),<br>Defendant. | 26-cv-8758 (LTS)<br>CIVIL JUDGMENT |

For the reasons stated in the October 07, 2026, order, the complaint is DISMISSED without prejudice as duplicative of *Reddy*, No. 26-CV-8401 (UA).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge